UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| INVESTA MANAGEMENT COMPANY, LLC, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:22-CV-00369 SEP |
| v. | ) ) ) | |
| MATTHEW NICHOLSON, | ) ) | |
| Defendant. | ) | |

## **DEFAULT JUDGMENT**

Pursuant to the Memorandum and Order issued on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Default Judgment is entered in favor of Plaintiff and against Defendant in the amount of $358,447.06.

Dated this 19th day of August, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE